**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

CHARLES WAYNE SNEED                        CIVIL ACTION NO. 18-0127-P

VERSUS                                                    JUDGE S. MAURICE HICKS, JR.

WARDEN                                                   MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 9), and after a de novo review of the record including the objections filed by Petitioner (Record Document 10), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Sneed's petition be **DENIED** and **DISMISSED**, with prejudice as to Sneed's request to be released on parole, but without prejudice to Sneed seeking relief under 42 U.S.C. § 1983 if he does not receive the hearing scheduled in July.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 29th day of June, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT